(November 21, 2016)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHRISTO-PHER RENFROE, on Behalf of DEMETRI STEWART, Petitioner, v WARDEN, YAPHANK CORRECTIONAL FACILITY, Respondent. [40 NYS3d 908]—Writ of habeas corpus in the nature of an application for bail reduction upon Suffolk County indictment No. 01782B/15.

Adjudged that the writ is sustained, without costs or disbursements, and bail on Suffolk County indictment No. 01782B/15 is reduced to the sum of $200,000 which may be posted in the form of an insurance company bail bond in that sum or by depositing the sum of $100,000 as a cash bail alternative; and it is further,

Ordered that upon receipt of a copy of this decision, order and judgment together with proof that the defendant has given an insurance company bail bond in the amount of $200,000 or has deposited the sum of $100,000 as a cash bail alternative, the Warden of the facility at which the defendant is incarcerated, or his or her agent, is directed to immediately release the defendant. Dillon, J.P., Hall, Hinds-Radix and Brathwaite Nelson, JJ., concur.